FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 APR -9  P 4: 30

WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR
### FALSE STATEMENTS ON INCOME TAX RETURN

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-00066 |
| v. | * | SECTION: SECT. S MAG. 1 |
| PATRICIA HARGIS | * | VIOLATION: 26 U.S.C. § 7206(1) |
| | * * * | |

The United States Attorney charges that:

### COUNT 1

On or about April 15, 2016, in the Eastern District of Louisiana, **PATRICIA HARGIS**, a resident of Jefferson Parish, Louisiana, did willfully make and subscribe a 2015 U.S. Individual Income Tax Return (Form 1040), which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. That Form 1040, which was prepared and signed in the Eastern District of Louisiana and which was filed with the Internal Revenue Service, stated that **PATRICIA HARGIS** had an adjusted gross income ("AGI") of $113,574, whereas **PATRICIA HARGIS**



then and there knew that she understated the AGI and the resulting tax due and owing reported on the return.

All in violation of Title 26, United States Code, Section 7206(1).

PETER G. STRASSER
UNITED STATES ATTORNEY

_____
CHANDRA MENON
ANDRE J. LAGARDE
Assistant United States Attorneys

New Orleans, Louisiana
April 9, 2019

No. _____

# United States District Court

FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

PATRICIA HARGIS

BILL OF INFORMATION FOR
FALSE STATEMENTS ON INCOME TAX RETURN

Violation(s): 26 U.S.C. § 7206(1)

Filed _____, 20 19

_____, Clerk.

By _____, Deputy

CHANDRA MENON
Assistant United States Attorney