# _X_ NO MAGISTRATE PAPERS WERE FOUND

# FOR

**NAME: PATRICIA HARGIS**

**Initials: DAS**