UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. | **19-00066** |
| v. | * | SECTION: | **SECT. S MAG. 1** |
| PATRICIA HARGIS | * | VIOLATION: 26 U.S.C. § 7206(1) | |

* * *

**O R D E R**

Considering the foregoing,

**IT IS HEREBY ORDERED** that a summons be issued directing that defendant appear on the 24th day of April , 2019, at 2:00 pm, before the Honorable Janis van Meerveld in the Eastern District of Louisiana, at 500 Poydras Street, Hale Boggs Federal Building, Room B-309, New Orleans, Louisiana, for initial appearance and arraignment.

New Orleans, Louisiana, this 10th day of April , 2019.

_____
HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

____ Fee_____
____ Process_____
X  Dktd_____
____ CtRmDep_____
____ Doc. No._____