UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-66 |
| PATRICIA HARGIS | SECTION: "S" |

NOTICE OF <u>INITIAL APPEARANCE AND ARRAIGNMENT</u>

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been set for Arraignment on April 24, 2019 at 2:00 p.m., before the Duty Magistrate Judge, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: April 11, 2019

WILLIAM W. BLEVINS, CLERK

by: Brad Newell, Deputy Clerk

TO:

Patricia Hargis

**<u>COUNSEL FOR PATRICIA HARGIS:</u>**

AUSA: Chandra Menon, T.A.

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

IRS-CI: David Conzelman, SA
David.Conzelman@ci.irs.gov

Interpreter: **NONE**

**If you change address, notify clerk of court by phone, 504-589-7714**