MINUTE ENTRY
APRIL 24, 2019
VAN MEERVELD, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-66 |
| PATRICIA HARGIS | SECTION: S |

INITIAL APPEARANCE

APPEARANCES:  X   DEFENDANT (WITH) WITHOUT COUNSEL   Ralph Capitelli
1100 Poydras St., Suite 2950, NOLA 70163
X   ASSISTANT U.S. ATTORNEY   CHANDRA MENON
___ INTERPRETER _____

Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF THE BILL OF INFORMATION WAS:
   READ   WAIVED   (SUMMARIZED)

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

_/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

_/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

_/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 05

*Janis van Meerveld* (signature)

[X] / BAIL SET AT $100,000.00 unsecured appearance bond no additional conditions of release

___ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

[X] / DEFENDANT RELEASED ON BOND

[X] / DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR  Held

___ / HEARING TO DETERMINE COUNSEL IS SET FOR _____

___ / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

___ / DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____