MINUTE ENTRY
VAN MEERVELD, M.J.
APRIL 24, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 19-66 |
| PATRICIA HARGIS | SECTION S |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X DEFENDANT
              X COUNSEL FOR DEFENDANT   *Ralph Capitelli (retained)*
              X ASSISTANT U.S. ATTORNEY CHANDRA MENON
              ___ INTERPRETER _____ SWORN _____
              (TIME: _____ .M to _____ .M)

X / READING OF THE BILL OF INFORMATION: READ WAIVED **(SUMMARIZED)**
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

___ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

___ / BAIL SET AT _____

___ / DEFENDANT RELEASED ON NEW BOND

X / OTHER: *Waiver of indictment executed*

**NOTICE:** X / PRE-TRIAL CONFERENCE: <u>JUNE 13, 2019 AT 3:00 PM</u>

**BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON**

X / TRIAL: <u>JULY 1, 2019 AT 9:00 AM</u>

**BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON**

MJSTAR: 00: 02