UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-66 |
| PATRICIA HARGIS | SECTION: "S" |

NOTICE OF <u>PRETRIAL CONFERENCE AND JURY TRIAL</u>

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been set for jury trial on July 1, 2019 at 9:00 a.m. before Judge Mary Ann Vial Lemmon, 500 Poydras St., New Orleans, LA.  A pre-trial conference will be held on June 13, 2019 at 3:00 p.m.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  April 26, 2019                              WILLIAM W. BLEVINS, CLERK

                                                 by:  Brad Newell, Deputy Clerk

TO:

Patricia Hargis (**BOND**)                          AUSA: Chandra Menon, T.A.
                                                        Andre J. Lagarde
<u>**COUNSEL FOR PATRICIA HARGIS:**</u>
Ralph Capitelli, Retained                        U.S. Marshal

                                                 U.S. Probation & Pre-Trial Services Unit

                                                 IRS-CI: David Conzelman, SA
                                                 David.Conzelman@ci.irs.gov


                                                 Interpreter: **NONE**


                                                 **If you change address,
                                                 notify clerk of court
                                                 by phone, 504-589-7714**