UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-66 |
| PATRICIA HARGIS | SECTION: "S" |

NOTICE OF REARRAIGNMENT

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been reset for rearraignment on May 23, 2019 at 2:00 p.m. before Judge Mary Ann Vial Lemmon, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  April 26, 2019                          WILLIAM W. BLEVINS, CLERK

                                              by:  Brad Newell, Deputy Clerk

TO:

Patricia Hargis (**BOND**)                     AUSA: Chandra Menon, T.A.
                                                    Andre J. Lagarde
**COUNSEL FOR PATRICIA HARGIS:**
Ralph Capitelli, Retained                     U.S. Marshal

                                              U.S. Probation & Pre-Trial Services Unit

                                              IRS-CI: David Conzelman, SA
                                              David.Conzelman@ci.irs.gov


                                              Interpreter: **NONE**


                                              **If you change address,
                                              notify clerk of court
                                              by phone, 504-589-7714**