

MINUTE ENTRY
LEMMON, J.
MAY 23, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-66 |
| PATRICIA HARGIS | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**THURSDAY, MAY 23, 2019**

COURTROOM DEPUTY:   BRAD NEWELL
COURT REPORTER:     SANDY MINUTILLO

APPEARANCES:   CHANDRA MENON, AUSA, FOR GOVERNMENT
               BRIAN CAPITELLI AND RALPH CAPITELLI FOR DEFENDANT
               CATHERINE HOLLINRAKE, U.S. PROBATION OFFICER

**RE-ARRAIGNMENT**

Case called at 2:05 p.m.

Counsel make their appearance on the record.

Defendant placed under oath.

Waiver of Indictment previously filed on the record (R. Doc. 9).

Defendant withdraws her former plea of not-guilty and pleads guilty to count 1 of the Bill of Information.

Defendant is questioned by the Court and is informed of the maximum penalties and sentencing guidelines.

Defendant is informed of rights to trial by jury or the Court and waives same.

Defendant enters a plea of guilty.

Plea Agreement is disclosed to the Court in letter form, signed by all parties and filed into the record.

Factual basis is summarized by the Government, signed by all parties and filed into the record.

The defendant is ADJUDGED GUILTY on plea of Guilty.

**PRETRIAL CONFERENCE AND TRIAL ARE HEREBY CANCELLED.**

A Pre-Sentence Investigation is ORDERED.

Defendant shall remain on bond and is to return on the date set for sentencing.

**SENTENCING set for August 22, 2019 at 2:00 p.m.**

Matter adjourned at 2:21 p.m.

JS-10: 00:16