UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-66 |
| v. | * | SECTION: S |
| PATRICIA HARGIS | * | |

\* \* \*

## FACTUAL BASIS

The Government and PATRICA HARGIS ("HARGIS") stipulate and agree that the below facts set forth a sufficient factual basis for HARGIS's plea of guilty to one count of Title 26, United States Code, Section 7206(1) as charged in the bill of information in the above-captioned case. The below facts are offered for the limited purpose of establishing a sufficient basis to support the guilty plea and therefore may not describe all the details of the offense. HARGIS agrees that the following facts are true and that, if this matter proceeded to trial, the United States would prove these facts beyond a reasonable doubt.

HARGIS willfully made a false material statement on her tax year 2015 Individual Income Tax Return (Form 1040). On or about April 15, 2016, in the Eastern District of Louisiana, HARGIS signed and filed the return, which contained a written declaration that it was made under penalties of perjury. In this return, HARGIS falsely reported her adjusted gross income amount during tax

AUSA _CM_
Defendant _PH_
Defense Counsel _RC_

year 2015 by not including taxable income consisting of business income and payments for services from Bingo Things, Inc. HARGIS knew this statement was false. This false statement was material, because it caused the return to understate the amount of tax due and owing. HARGIS made the false statement willfully, that is, with intent to violate a known legal duty.

The conduct described above was part of a course of conduct that included HARGIS's signing and filing of Form 1040s for tax years 2011 through 2014. In each of these returns, HARGIS willfully made a false material statement by not including her taxable income from Bingo Things, Inc., and thereby understated her tax due and owing. The total of the aforementioned understatements in tax due and owing for tax years 2011 through 2015 is approximately $110,810.

_____   4/24/19
CHANDRA MENON                (Date)
Assistant United States Attorney


_____   4/24/19
RALPH CAPITELLI              (Date)
Counsel for Patricia Hargis


_____   4/24/19
PATRICIA HARGIS              (Date)
Defendant