UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 19-66** |
| **PATRICIA HARGIS** | **SECTION: "S"** |

**ORDER**

At the request of counsel;

**IT IS HEREBY ORDERED** that the sentencing scheduled for August 22, 2019 is continued to September 19, 2019.

New Orleans, Louisiana, this 24th day of May, 2019.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**