UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.: 19-66 |
| PATRICIA HARGIS | SECTION : S |

NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for SENTENCING on THURSDAY, SEPTEMBER 19, 2019 AT 2:00PM, before Judge Mary Ann Vial Lemmon, Courtroom C-414, 500 Poydras Street, New Orleans, LA 70130.

Note: Photo I.D. is required to enter the building.

**Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance**.

Date:  May 29, 2019

TO:

Patricia Hargis   - **(BOND)**

**COUNSEL FOR PATRICIA HARGIS:**
Ralph Capitelli, Retained

WILLIAM W. BLEVINS, CLERK

by: Brad Newell,  Deputy Clerk

AUSA:  Chandra Menon, T.A.
             Andre J. Lagarde

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - Pretrial Services Unit

IRS-CI: David Conzelman, SA
David.Conzelman@ci.irs.gov

COURT REPORTER COORDINATOR
INTERPRETER: NONE

**If you change address,
notify clerk of court
by phone, 504-589-7714**