UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VS | NO: 053L 2:19CR00066 |
| PATRICIA HARGIS | SECTION: S |

## MOTION AND ORDER CONTINUING SENTENCE

Now comes Shalita B. Morgan, United States Probation Officer, and moves the Court for an order continuing the sentence in the above matter, which is set for September 19, 2019. Due to staffing issues within the United States Probation Office, the presentence report has not been disclosed at least 35 days prior to sentencing. A continuance will allow the probation officer more time to complete the presentence report and allow the parties adequate time to review the report. Neither the defense counsel nor the Assistant United States Attorney have any objections to this continuance. Therefore, the probation officer moves the Court to continue sentencing for at least 90 days.

Shalita B. Morgan
U.S. Probation Officer

**ORDER**

Considering the foregoing, it is ordered that the sentencing presently set for September 19, 2019, be continued to  December 19th 2019 , at  2:00 p.m. .
New Orleans, Louisiana, this  13th  day of          September    20 19  .

Mary Ann Vial Lemmon
U.S. District Judge