**ORDER**

Considering the foregoing, it is ordered that the sentencing presently set for December 19, 2019, be continued to March 19, 2020 at 2:00 p.m.

New Orleans, Louisiana, this 11th day of December, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mary Ann Vial Lemmon
　　　　　　　　　　　　　　　　　　　U.S. District Judge