UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-66 |
| PATRICIA HARGIS | SECTION: "S" |

RE-NOTICE OF SENTENCING

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been reset for sentencing on March 19, 2020 at 2:00 p.m. before Judge Mary Ann Vial Lemmon, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: December 11, 2019

WILLIAM W. BLEVINS, CLERK

by: Shannon Shedd, Deputy Clerk

TO:

Patricia Hargis (**OUT ON BOND**)

AUSA: Chandra Menon, TA
         Andre J. Lagarde

**COUNSEL FOR PATRICIA HARGIS:**
Ralph Capitelli

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

IRS-CI: David Conzelman, SA
David.Conzelman@ci.irs.gov

Interpreter: **NONE**

**If you change address, notify clerk of court by phone, 504-589-7704**