UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO:  19-66 |
| PATRICIA HARGIS | SECTION "S" |

## UNOPPOSED MOTION TO RESET SENTENCING DATE

Now into Court, through undersigned counsel, comes the defendant Patricia Hargis, who respectfully requests a resetting of the presently scheduled sentencing date from March 19, 2020 to March 5, 2020 at 2:00 pm for the following reasons to wit:

I.

Counsel for Ms. Hargis has a previously specifically set hearing in Shreveport, Louisiana on the date that this matter is presently set for sentencing, March 19, 2020.

II.

Assistant United States Attorney Chandra Menon, who is handling this matter has been contacted and no objection to this request.

III.

United States Probation Officer, Shalita Morgan has also been contacted and additionally has no objection to this request.

WHEREFORE, for the above reasons, it is respectfully requested that the sentencing of Patricia Hargis, presently set for March 19, 2020, be reset for March 5, 2020 at 2:00 pm.

Respectfully submitted,

/s/ RALPH CAPITELLI
RALPH CAPITELLI, La Bar No. 3858
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, La 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
*Counsel for Patricia Hargis*

## CERTIFICATE OF SERVICE

I hereby certify that on 15th day of January, 2020. I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney and United States Probation Officer.

/S/RALPH CAPITELLI
RALPH CAPITELLI