UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-66 |
| PATRICIA HARGIS | SECTION "S" |

## ORDER

It is hereby adjudged and ordered that the sentencing date in this matter is reset for March 5, 2020 at 2:00 p.m.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2020.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE