UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 19-66

PATRICIA HARGIS                         SECTION "S"

## ORDER

It is hereby adjudged and ordered that the sentencing date in this matter is reset for March 5, 2020 at 2:00 p.m.

NEW ORLEANS, LOUISIANA this __16th__ day of __January__, 2020.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE