UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 19-66** |
| **PATRICIA HARGIS** | **SECTION: "S"** |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing scheduled for February 5, 2020 is continued April 2, 2020 at 2:00 p.m.

New Orleans, Louisiana, this 14th day of February, 2020.

*[signature]*

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE