UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-66 |
| PATRICIA HARGIS | SECTION "S" |

### ORDER

Considering the COVID-19, Gen. Order No. 20-2, issued by this Court on March 16, 2020, continuing all trials, in-person hearings and conferences scheduled between March 16, 2020 to May 1, 2020;[1]

**IT IS ORDERED** that the sentencing hearing in this matter is hereby **CONTINUED** from April 2, 2020, to **May 14, 2020** at **2:00 p.m.**

**New Orleans, Louisiana, this 18th day of March, 2020.**

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**

---

[1] COVID-19, Gen. Order No. 20-2 (E.D. La. Mar. 16, 2020), *available at* http://www.laed.uscourts.gov/sites/default/files/pdfs/FINAL%20EDLA-General%20Order%2020-2%20Re%20Trials%20%20%202020%2003%2016.pdf.