UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO:  19-66 |
| PATRICIA HARGIS | SECTION "S" |

MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes Brian J. Capitelli, Attorney at Law on suggesting to this Honorable Court that he represents defendant, Patricia Hargis, and that he desires to have his name placed on the record of this case as counsel for defendant in the above entitled and numbered matter.

WHEREFORE, it is respectfully requested that Brian J. Capitelli be entered on the record of the Court as counsel of record for Partricia Hargis.

Respectfully submitted,

 /s/ BRIAN J. CAPITELLI
BRIAN J. CAPITELLI  BR# 27398
CAPITELLI & WICKER
1100 Poydras Street
2950 Energy Centre
New Orleans, LA  70163
(504) 582-2425
brian@capitelliandwicker.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the Assistant United States Attorney handling this matter, this 4th day of May, 2020 via ECF.


                                              /S/BRIAN J. CAPITELLI
                                              BRIAN J. CAPITELLI