UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-66 |
| PATRICIA HARGIS | SECTION "S" |

ORDER

IT IS HEREBY ORDERED, that the name of Brian J. Capitelli be entered on the record of the Court as counsel of record for defendant, Patricia Hargis, in the above entitled and numbered matter.

NEW ORLEANS, LOUISIANA, this _____day of _____, 2020.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE