# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-66 |
| PATRICIA HARGIS | SECTION: "S" |

## ORDER

**IT IS ORDERED** that the defendant's sentencing is set for **Thursday, May 14, 2020 at 2:00 p.m.** to be held by video conference due to the conditions caused by the outbreak of COVID-19. An e-mail will be sent to all participants with the link to the video conference.

New Orleans, Louisiana, this 7th day of May 2020.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

*Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.*