UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-066** |
| **v.** | * | **SECTION: "S"** |
| **PATRICIA HARGIS** | * | |

\* \* \*

### O R D E R

Having considered the joint motion of the United States and the defendant for issuance of an order regarding the conducting of the sentencing hearing by video conference,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

The Court finds that all requirements are met for sentencing to take place by video conferencing as set forth in the CARES Act and General Order 20-4. The Court finds that, for the specific reasons articulated in the forgoing motion, the defendant's sentencing cannot be delayed without serious harm to the interests of justice.

New Orleans, Louisiana, this _____ day of May, 2020.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE