## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-66** |
| **v.** | * | **SECTION: "S"** |
| **PATRICIA HARGIS** | * | |

\* \* \*

## GOVERNMENT'S MOTION FOR
## THREE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully moves this Court to grant defendant a three-level decrease for early acceptance of responsibility. In support thereof, the government states as follows:

1. United States Sentencing Guideline § 3E1.1 provides that:

    (a) If the defendant clearly demonstrates acceptance of responsibility for his offense, decrease the offense level by 2 levels.

    (b) If the defendant qualifies for a decrease under subsection (a), the offense level determined prior to the operation of subsection (a) is level 16 or greater, and upon motion of the government stating that the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently, decrease the offense level by 1 additional level.

2. According to the Presentence Investigation Report, the defendant's offense level is 16 or greater prior to the operation of § 3E1.1(a).

3. The defendant notified the government of intent to enter a plea of guilty in a timely fashion, permitting the government to avoid preparing for trial.

**WHEREFORE**, the government moves this Court to grant the defendant a three-level reduction for acceptance of responsibility.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY


*/s/ Chandra Menon*
CHANDRA MENON
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3085
Email: Chandra.Menon@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

*/s/ Chandra Menon*
CHANDRA MENON
Assistant United States Attorney