# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-66** |
| **v.** | * | **SECTION: "S"** |
| **PATRICIA HARGIS** | * | |

\*     \*     \*

## O R D E R

Considering the foregoing Motion by the United States;

**IT IS HEREBY ORDERED** that the defendant's offense level shall be decreased by three levels, pursuant to U.S.S.G. § 3E1.1(b).

New Orleans, Louisiana, this _____ day of May, 2020.

---

HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE