

MINUTE ENTRY
LEMMON, J.
MAY 14, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.  19-66 |
| PATRICIA HARGIS | SECTION "S" |

### JUDGE MARY ANN VIAL LEMMON, PRESIDING

**THURSDAY, MAY 14, 2020 (2:12 p.m. – 2:27 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Shannon Shedd |
| COURT REPORTER: | Sandra Minutillo |
| APPEARANCES: | Chandra Menon, for the Government |
| | Ralph Capitelli, for the Defendant |
| | Shalita B. Morgan, United States Probation Office |

**SENTENCING**

All parties were present via video.

Due to Covid-19, the defendant waived her personal appearance and agreed to appear by video. Defendant received a copy of the waiver and signed it. The signed waiver will be forwarded to the Court and kept in the record.

There being no objections to the Pre-Sentence Report, the Court adopted the factual statements contained in the report as its findings of fact.

The Court granted both parties' motions for downward departure.  (R. Docs. 42 and 49)

Defense counsel addressed the court on defendant's behalf in mitigation of punishment.

The Defendant was sentenced on Count One of the Bill of Information. Written judgment will be entered.

The Court advised the Defendant of her right to appeal her conviction and sentence.

JS-10:  00:15