UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL ACTION
VERSUS                            NO.: 19-66
PATRICIA HARGIS                   SECTION: S

### WAIVER OF PRESENCE AT CRIMINAL HEARING

1. I understand that a defendant has the right to be present at arraignment, change of plea and sentencing pursuant to Federal Rule of Criminal Procedure 43.

2. I understand that, in some circumstances, a defendant may be present at the above described hearings via videoconference.

3. My attorney has explained to me my right to be present at my hearing and I hereby knowingly and voluntarily waive my right to be present in person for this hearing and consent to these proceedings via videoconference.

4. I understand that if the Court accepts my waiver, I will participate in my hearing by videoconference.

5. I have read the above statement, and I understand it fully. Due to the outbreak of COVID-19, I request that my sentencing be held via videoconference.

*Pat D. Hargis*
(Signature of Defendant)

5-8-20
(Date)

pdf

Instructions.pdf
563 KB