UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO:   19-CR-0066 |
| PATRICIA HARGIS | SECTION "S" |

## ORDER

It is hereby ordered that Early Termination of Probation of Patricia Hargis is granted and her probation is terminated.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2021.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE