UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO:  19-66** |
| **PATRICIA HARGIS** | **SECTION: "S"** |

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Opposed Motion for Early Termination of Probation (Record Document #60) is scheduled for submission on June 24, 2021.

New Orleans, Louisiana, this  2nd day of June, 2021.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**